June 2, 1967

Chilson Appeal.

Argued April 12, 1967. *Anthony H. Chambers,* with him *Chambers & Crisman,* for appellant; *William F. Potter,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Andy *v.* Andy, Appellant.

Argued April 11, 1967. *Sanford S. Finder,* for appellant; *Robert L. Ceisler,* with him *Patrono, Ceisler and Edwards,* for appellee.

Order affirmed.

———

* Reporter's Note: The first page of these Memorandum Reports is arbitrarily numbered 701 in order that these cases may be paged finally in the Advance Reports and included currently in the Table of Cases Reported.